**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

The State, Respondent,

v.

David M. Rocquemore, Petitioner.

Appellate Case No. 2010-173067

―――――――――

ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

―――――――――

Appeal from Charleston County
Daniel F. Pieper, Circuit Court Judge

―――――――――

Memorandum Opinion No. 2012-MO-051
Heard November 15, 2012 – Filed December 12, 2012

―――――――――

**DISMISSED AS IMPROVIDENTLY GRANTED**

―――――――――

Chief Appellate Defender Robert M. Dudek, of Columbia, for Petitioner.

Attorney General Alan M. Wilson, Chief Deputy Attorney General John W. McIntosh, Senior Assistant Deputy Attorney General Salley W. Elliott, Senior Assistant Deputy Attorney General Deborah R.J. Shupe, of Columbia, and Scarlett A. Wilson, of Charleston, for Respondent.

**PER CURIAM:**  We granted a writ of certiorari to review the decision of the court of appeals affirming the denial of Petitioner's motion for a mistrial.  We now dismiss the writ as improvidently granted.

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**